No. 75–5364. PRESTIDGE *v.* UNITED STATES;

No. 75–5398. McGRUDER *v.* UNITED STATES; and

No. 75–5484. TREVINO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 514 F. 2d 1288.

No. 75–5370. FRUGE *v.* ZAPATA OFFSHORE DRILLING Co. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 75–5372. HERNANDEZ-URIBE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 75–5376. WELCH *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–5380. LADD *v.* CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–5382. CRAWFORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 75–5414. STEPINS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–5423. WORTH *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. 

No. 75–5429. HARKINS *v.* DRAVO CORP. C. A. 3d Cir. Certiorari denied. 

No. 75–5432. GUEL-PERALES ET UX. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 75–5456. BLACKSHEAR *v.* GRIGGS, INSTITUTION SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.